UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | CRIMINAL NO.   B-20-858-1 |
| **MAYRA ESMERALDA HINOJOSA** | | |

## MOTION TO DISMISS

The United States of America, through its United States Attorney Jennifer B. Lowery, files this motion pursuant to Rule 48(a), Federal Rules of Criminal Procedure, to dismiss this Indictment against Mayra Esmeralda Hinojosa.   During a recent debrief with federal agents, the defendant's co-defendant, Juan Pablo Hinojosa-Fuentes, exculpated the defendant.

Respectfully submitted,

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

   **/S/ ISRAEL CANO III**
ISRAEL CANO III
Assistant United States Attorney
Fed. Bar No.   582027
State Bar No. 24038044
600 E. Harrison # 201
Brownsville, Texas 78520
(956) 548-2554 – Tel
(956) 548-2711 – Fax

## CERTIFICATE OF SERVICE

I hereby certify that on this the  __21st__  day of July, 2022, this Motion to Dismiss Indictment was served by Notification of Electronic Filing to Eduardo Lucio, attorney for Defendant.

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

  __/s/ Israel Cano III__
ISRAEL CANO III
Assistant United States Attorney

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Eduardo Lucio, attorney for defendant, regarding the government's Motion to Dismiss Indictment and he does not oppose said motion.

  __/s/ Israel Cano III__
ISRAEL CANO III
Assistant United States Attorney